1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JUIAD, ID 14691,

11              Plaintiff,                    No. CIV S-11-0563 KJM DAD PS

12        vs.

13   JEANETTE DALE PRINGLE,                   <u>ORDER</u>

14              Defendant.

15   _____/

16              Defendant is proceeding pro se in the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge under Local Rule 302(c)(21).

18              On November 14, 2011, the magistrate judge filed findings and recommendations,

19   which were served on defendant and which contained notice that any objections to the findings

20   and recommendations were to be filed within fourteen days after service of the findings and

21   recommendations.  The fourteen-day period has expired, and defendant has not filed objections

22   to the findings and recommendations.

23              The court presumes that any findings of fact are correct.  *See Orand v. United*

24   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

25   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

26   /////

1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 14, 2011 (ECF No. 4) are adopted in full;

2.  This action is summarily remanded to the Lassen County Superior Court; and

3.  The Clerk is directed to close this case.

DATED:  January 6, 2012.

_____
UNITED STATES DISTRICT JUDGE

/juiad0563.jo